IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-00246-GCM-DSC

| | |
|---|---|
| KAREN L. THACKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate David S. Cayer, filed November 28, 2011. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and recommendation must be filed within 14 days after service of the memorandum. Plaintiff timely filed an objection. Defendant timely filed a reply.

After an independent and thorough review of the magistrate's memorandum, Plaintiff's objections thereto, and Defendant's reply, the Court concludes that the recommendation to deny Plaintiff's Motion for Summary Judgment, to grant Defendant's Motion for Summary Judgment, and to affirm the Commissioner's determination is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted, and Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and the Commissioner's determination is AFFIRMED.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: February 6, 2012

Graham C. Mullen
United States District Judge