# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Karen L Thacker,

                    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-246

Michael J. Astrue,

                    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 6, 2012 Order.

                    Signed: February 6, 2012

                    *Frank G. Johns*

                    Frank G. Johns, Clerk
                    United States District Court